# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH JOSEPH BORRELLI, | ) | Case No.: 1:10-cv-02396-SKO |
| | ) | |
| Plaintiff, | ) | **ORDER TO FILE EXECUTED SUMMONS OR WAIVER OF SERVICE OF PROCESS** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff Kenneth Joseph Borrelli filed a complaint on December 27, 2010. Although a summons was issued on December 27, 2010 (Doc. 3), no executed summons has been filed. Within 10 days of the date of this order Plaintiff shall file a document indicating that service of the complaint and summons has been accomplished or a suitable waiver of service of process has been executed.

IT IS SO ORDERED.

**Dated:   April 21, 2011**            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE