# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOSEPH BORRELLI,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:10-cv-02396-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 10) |

On June 23, 2011, Plaintiff filed a stipulated request for an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (Doc. 10.) Pursuant to the stipulation, Plaintiff will serve the Commissioner with a confidential letter brief **on or before August 15, 2011.**

This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be **served on or before August 15, 2011**;
2. Commissioner's confidential letter brief shall be **served on or before September 22, 2011**;
3. Any stipulation to remand the case shall be **filed on or before October 11, 2011**;
4. Plaintiff's opening brief shall be **filed on or before October 25, 2011**;

5. Commissioner's responsive brief shall be **filed on or before November 28, 2011**;

and

6. Plaintiff may file a reply brief **on or before December 16, 2011**.[1]

IT IS SO ORDERED.

**Dated:** June 24, 2011                              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] These dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.

2