# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOSEPH BORRELLI, | Case No.: 1:10-cv-02396-SKO |
| Plaintiff, | **ORDER DENYING STIPULATED REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 20) |
| Defendant. | |

On February 8, 2012, the parties filed a stipulated request that Plaintiff be provided additional time to file a reply brief. (Doc. 20.)

The schedule has been modified on three prior occasions.  In an October 6, 2011, order extending additional time to Plaintiff to file an opening brief, the Court informed the parties that "no further extensions of time [would] be granted in this case absent truly good cause set forth by declaration or affidavit." (Doc. 14, 2:1-2.)  On January 3, 2012, although the Court reluctantly granted the Commissioner an extension of time to file a responsive brief, the Court informed the parties that "[a]ny further requests for extensions of time will be viewed with disfavor." (Doc. 18, p. 2, ¶ 3.)

This latest (fourth) request for an extension of time to file a reply brief does not set forth any cause for the extension.  Accordingly, the request is DENIED.

IT IS SO ORDERED.

**Dated:    February 9, 2012**              /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE