# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOSEPH BORRELLI, | Case No. 1:10-cv-02396-SKO |
| Plaintiff, | **ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On April 18, 2014, the Ninth Circuit Court of Appeals granted Plaintiff's appeal and instructed this Court to remand the action to the Commissioner to permit the ALJ to consider further evidence. The Ninth Circuit issued its formal mandate on June 13, 2014.

Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's decision. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **June 21, 2014**            /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE